IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID MORRIS BARREN, : Civil No. 3:17-cv-2196
:
Petitioner : (Judge Mariani)
:
v. :
:
WARDEN S. SPAULDING, :
:
Respondent :

## ORDER

**AND NOW**, this 21st day of December, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge